# EXHIBIT A

## CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in the action entitled *Guadalupe Soto Sanchez v. Citizen Employee Leasing, LLC*, filed in the United States District Court for the District of Arizona, for purposes of asserting a claim under the Fair Labor Standards act for unpaid wages, including overtime wages, and related relief against my former employer, on behalf of myself and other former and current employees of the employer.

_____          _8-15-16_____
Guadalupe Soto Sanchez                                    Date