# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GUADALUPE SOTO SANCHEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>CITIZEN EMPLOYEE LEASING, LLC,<br><br>                Defendant | No.: 4:16-CV-00540-DCB<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

**IT IS ORDERED** entering the court's approval of the settlement entered between the parties in their Agreement for Settlement and Release of FLSA Claims, and as required under the Fair Labor Standards Act, 29 U.S.C.A. § 201, *et seq.* (the "FLSA").

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice.

Dated this 22nd day of June, 2017.

_____
Honorable David C. Bury
United States District Judge